# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

HALIOTIS INVESTMENTS S.A.,

    Plaintiff,

        V.

**SUMMONS IN A CIVIL CASE**

ARCH HILL CAPITAL N.V., LITHIUM TECHNOLOGY CORP., HENDRIKUS HAROLD van ANDEL,

    Defendants.

CASE NUMBER: 0 6 - 6 7 9

TO: (Name and address of Defendant)

    Lithium Technology Corp.
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, Delaware 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    J. Travis Laster (#3514)
    Abrams & Laster LLP
    Brandywine Plaza West
    1521 Concord Pike, Suite 303
    Wilmington, Delaware 19803
    (302) 778-1000

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              11/3/06

CLERK                                         DATE

*Monica Mosley*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 11/6/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Mike DiEleuterio | Legal Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Lithium Technology Corp C/O Scott LaScala of The Corporation Trust Company 1209 Orange St Wilmington, DE 19801

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/6/06
             Date

Signature of Server

TriState Courier & Carriage, Inc.
827 King Street
Wilmington, DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.