# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

HALIOTIS INVESTMENTS S.A.,

    Plaintiff,

V.

ARCH HILL CAPITAL N.V., LITHIUM TECHNOLOGY CORP., HENDRIKUS HAROLD van ANDEL,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  0 6 - 6 7 9

TO: (Name and address of Defendant)

Arch Hill Capital N.V.
Parkweg 2
2585 JJ The Hague
The Netherlands

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Travis Laster (#3514)
Abrams & Laster LLP
Brandywine Plaza West
1521 Concord Pike, Suite 303
Wilmington, Delaware 19803
(302) 778-1000

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              11/3/06

CLERK                                DATE

*Monica Mosley*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                              *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.




R. KORVING c.s.
GROENEWEGEN
EN PARTNERS

BAILIFFS

**NOTICE OF SERVICE OF COMPLAINT**

Today, ten November two thousand and six,
at the request of:
the company incorporated under foreign law HALIOTIS INVESTMENTS S.A., with its registered office in LUXEMBOURG,
electing domicile in this matter also in AMSTERDAM, AMSTELVEENSEWEG 638, at the offices of the attorney and court-registered lawyer MS Mr WIETEKE M.A. MALCONTENT, and in as far as required in The Hague, Laan 20, at the offices of the bailiffs R. Korving, C.W. Bakhuis-Van Kesteren and P.W.J. Doeksen,

> I, CHRISTINE WILHELMINA BAKHUIS-VAN KESTEREN,
> in my capacity as bailiff established and maintaining offices in
> The Hague at Laan 20,

**HAVE SERVED:**

the pubic limited company ARCH HILL CAPITAL N.V., with its registered office in THE HAGUE, maintaining offices in THE HAGUE, at PARKWEG 2, at which offices I have served this bailiff's notification and left a copy thereof, together with the document referred to below:

> At the aforementioned address in closed envelope with the
> notification as required by law, because I did not encounter
> anybody at said address with whom I could legally leave a copy.

**WITH:**

a summons in a civil case, case number 06-679, dated 03 November 2006, and a complaint dated 03 November 2006, submitted at the request of the petitioner with the United States District Court for the District of Delaware, U.S.A., which complaint is directed, inter alia, against the respondent, the contents of which complaint is explicitly referred to and which should be regarded as included herein.

This bailiff's notification has been legally served in order to ensure that the respondent cannot claim ignorance of the contents of the served document and has been informed in the manner prescribed by law.

The costs incurred by me are EUR 71.32 + EUR 13.56 VAT

[signature]
[stamp: C.W. Bakhuis-Van Kesteren, Bailiff practicing in The Hague]

---

I, the undersigned, G.A.M. Riemslag-van der Bijl, Sworn Translator to the District Court of Amsterdam, Netherlands, do hereby certify that the foregoing is a true and faithful translation of the attached document in the Dutch language.

In witness whereof I have hereunto set my hand and seal, this 14th day of November, 2006.

G.A.M. Riemslag-van der Bijl
Sworn Translator



R. KORVING c.s.
ONDERDEEL VAN
**GROENEWEGEN**
EN PARTNERS

GERECHTSDEURWAARDERS

**BETEKENING "complaint"**

Heden, de tiende november tweeduizend-zes;
Ten verzoeke van:
de vennootschap naar buitenlands recht HALIOTIS INVESTMENTS S.A., gevestigd te LUXEMBURG, ten deze onder meer domicilie kiezende te AMSTERDAM, AMSTELVEENSEWEG 638, ten kantore van de advocaat en procureur MW.MR. WIETEKE M.A. MALCONTENT, alsmede voor zover vereist te 's-Gravenhage, Laan 20, ten kantore van de Gerechtsdeurwaarders R. Korving, C.W. Bakhuis-Van Kesteren & P.W.J. Doeksen;

HEB IK CHRISTINE WILHELMINA BAKHUIS-VAN KESTEREN, gerechtsdeurwaarder, gevestigd en kantoorhoudende te 's-Gravenhage aan de Laan no. 20;

**A A N:**

de naamloze vennootschap ARCH HILL CAPITAL N.V., gevestigd te 's-GRAVENHAGE, kantoorhoudende te 's-GRAVENHAGE, PARKWEG 2, aldaar te haren kantore mijn exploit doende en afschrift dezes, alsmede van na te melden stuk latende aan:

**B E T E K E N D:**    voormeld adres in gesloten envelop met
                         daarop de vermeldingen als wettelijk
                         voorgeschreven, omdat ik aldaar niemand
                         aantrof aan wie rechtsgeldig afschrift
                         kon worden gelaten;

een summons in a civil case, case number 06-679, d.d. 3/11/2006 en een complaint d.d. 03/11/2006 ten verzoeke van requirante ingediend bij het United States District Court for the District of Delaware, U.S.A., zulks ten laste van onder meer gerequireerde, naar de inhoud waarvan voor het overige uitdrukkelijk wordt verwezen, en waarvan de inhoud als hier geïnsereerd geldt;

Geschiedende deze betekening ten effecte rechtens en opdat de gerequireerde geen onwetendheid kan voorwenden van de inhoud van het ten deze betekende stuk en daarvan op legale wijze kennis draagt.

De kosten dezes zijn Eur. 71,32 + eur. 13,56 b.t.w.



DEN HAAG
Laan 20
Postbus 10471
2501 HL DEN HAAG
T 070.345 96 73
F 070.345 26 08

POSTBANK 10.36.65
RABOBANK 32.31.69.643

KANTOORUREN
08.30 - 17.00 uur

OVERIGE VESTIGINGEN
Amsterdam   Gorinchem
Rotterdam
Utrecht
Hilversum

GERECHTSDEURWAARDERS
R. Korving
C.W. Bakhuis - van Kesteren
P.W.J. Doeksen

KND.GERECHTSDEURWAARDER
J.J. Wilkes

VESTIGINGSMANAGER
J.J. Wilkes

RECEIVED TIME  13. NOV.  8:39        PRINT TIME  13. NOV.  8:40        TOTAL P.02