# UNITED STATES DISTRICT COURT

District of     Delaware

HALIOTIS INVESTMENTS S.A.,

    Plaintiff,

V.

ARCH HILL CAPITAL N.V., LITHIUM TECHNOLOGY CORP., HENDRIKUS HAROLD van ANDEL,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 6 - 6 7 9

TO: (Name and address of Defendant)

Hendrikus Harold van Andel
First Street 54
SW3 2 LD Londen
United Kingdom

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Travis Laster (#3514)
Abrams & Laster LLP
Brandywine Plaza West
1521 Concord Pike, Suite 303
Wilmington, Delaware 19803
(302) 778-1000

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            11/3/06

CLERK                                          DATE

/s/ Monica Mosley

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                      Date                                  *Signature of Server*

                                          _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HALIOTIS INVESTMENTS S.A., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 06-679 |
| ARCH HILL CAPITAL N.V., LITHIUM TECHNOLOGY CORP., HENDRIKUS HAROLD van ANDEL | ) |
| Defendants. | ) |

## AFFIDAVIT OF SERVICE

I, Philip Smith of United Kingdom Process, 456 – 458 Strand, London, England, Process Server, state on oath as follows:

1. That I did on the 14th day of November 2006 at 20.30 hours duly attend 54 First Street, London, SW3 2LD and duly serve the Summons, Complaint & Relevant Exhibits to Hendrikus Harold Van Andel, a true copy is now shown to me marked "A" and is exhibited hereto, by delivering the same personally.

2. That when I arrived at the address I met with Mrs Sandra Cronan who did admit her full identity to me and then informed me that Hendrikus Harold Van Andel was out of the country on business and she did not know the exact date of his return, she also informed that he was in the United States.

3. That Mrs Sandra Cronan did inform me that she was a family friend and she would take the documents from me and deliver them to Mr Van Andel upon his return.

(SWORN at Romford

(In the County of Essex.

(This the 28th day of November 2006

(   Before me,   )

OFFICER OF A COURT APPOINTED BY THE ... TO TAKE AFFIDAVITS ... SECTION 58 OF THE COUNTY COURT ACT 1984

GR/lc/LIT/LON/1588245.1                                                                 1