

ATTORNEYS AT LAW

April 19, 2007

VIA HAND DELIVERY AND E-FILE

Magistrate Judge Mary Pat Thynge
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Christopher A. Selzer
Associate
Business Litigation Group

T. 302.984.6300
F. 302.984.6399
cselzer@mccarter.com

Re: **Haliotis Investments S.A., v. Arch Hill Capital N.V., Lithium Technology Corp., Hendrikus Harold Van Andel, C.A. No. 06-679**

Dear Your Honor:

    Regretfully, I write to inform you that our client, Hendrikus Harold van Andel unexpectedly passed away last night. Plaintiff's counsel has graciously agreed to a thirty (30) day extension for defendants to respond to the complaint. Counsel is available at the Court's request.

McCarter & English, LLP
Citizens Bank Building
919 N. Market Street -18th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399

Respectfully Submitted,

/s/ Christopher A. Selzer

Christopher A. Selzer
(DE Bar ID No. 4305)

BALTIMORE

CS/jc

BOSTON

HARTFORD

cc: All counsel of record

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6324234v.1