IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HALIOTIS INVESTMENTS S.A. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:06-cv-00679-*** |
| | ) | |
| ARCH HILL N.V., LITHIUM TECHNOLOGY | ) | |
| CORP., HENDRIKUS HAROLD van ANDEL | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

WHEREAS, defendant Hendrikus Harold van Andel unexpectedly passed away on April 18, 2007;

WHEREAS, Mr. van Andel's counsel filed a letter with the Court on April 19, 2007, notifying the Court and counsel of Mr. van Andel's death;

WHEREAS, it is unsettled under which country's law Mr. van Andel's estate will be administered, and the parties have agreed that Plaintiff may have additional time than that provided in the Federal Rules of Civil Procedure to substitute Mr. van Andel's estate for Mr. van Andel in this action;

WHEREAS, Plaintiff intends to substitute the estate as a party once it is determined under which country's law the estate will be administered; and

WHEREAS, the parties have engaged in settlement discussions in an effort to resolve this action and, as a result, have agreed that Defendants may have additional time to respond to the complaint;

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree, subject to the approval of the Court, as follows:

{A&L-00034135}

1. Defendants shall have until September 5, 2007 to respond to the complaint filed in the above-captioned action; and

2. Plaintiff shall have until September 5, 2007 to file a motion to substitute the proper party for the late Mr. van Andel.

| | |
|---|---|
| */s/ Matthew F. Davis* | */s/ Christopher A. Selzer* |
| J. Travis Laster (#3514) | Christopher A. Selzer (#4305) |
| Matthew F. Davis (#4696) | Daniel M. Silver (#4758) |
| Abrams & Laster LLP | McCarter & English LLP |
| Brandywine Plaza West | Citizens Bank Building |
| 1521 Concord Pike, Suite 303 | 919 N. Market Street, 18th Floor |
| Wilmington, Delaware 19803 | Wilmington, Delaware 19801 |
| (302) 778-1000 | (302) 984-6300 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for the late Hendrikus Harold van Andel, Lithium Technology Corp., and Arch Hill N.V.* |

SO ORDERED this ___ day of July, 2007

_____
      Magistrate Judge Mary Pat Thynge

{A&L-00034135}