# ABRAMS & LASTER LLP
BRANDYWINE WEST, SUITE 303
1521 CONCORD PIKE
WILMINGTON, DE 19803
MAIN: 302-778-1000
FAX: 302-778-1001

MATTHEW F. DAVIS

DIRECT DIAL NUMBER
302-778-1004
DAVIS@ABRAMSLASTER.COM

October 4, 2007

<u>VIA HAND DELIVERY AND E-FILING</u>

Magistrate Judge Mary Pat Thynge
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, Delaware 19801

> RE: **Haliotis Investments S.A., v. Arch Hill Capital N.V., Lithium Technology Corp., Hendrikus Harold Van Andel, C.A. No. 06-679**

Dear Magistrate Judge Thynge:

We write to inform Your Honor that the above-captioned matter has been settled in principle and that counsel for the parties are in the process of memorializing the settlement terms in writing.

We also write to request that Your Honor grant the enclosed stipulation and order. There is currently an October 5 deadline for Defendants to respond to the complaint and Plaintiff to move to substitute the estate of defendant Hendrikus Harold Van Andel. To provide the parties with additional time to finalize and to reduce to writing the settlement terms, the enclosed stipulation and order moves the current deadline to November 5, 2007.

We will continue to keep the Court apprised of the status of settlement. Of course, we are available at the Court's request to answer any questions Your Honor may have.

Respectfully submitted,

*/s/ Matthew F. Davis*

Matthew F. Davis (#4696)

cc: All Counsel of Record (via e-filing)

{A&L-00041833-}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HALIOTIS INVESTMENTS S.A. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:06-cv-00679-*** |
| ) | |
| ARCH HILL N.V., LITHIUM TECHNOLOGY ) | |
| CORP., HENDRIKUS HAROLD van ANDEL ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER**

WHEREAS, the parties to this action stipulated, and this Court ordered on September 5, 2007, that (i) Plaintiff shall have until October 5, 2007 to file a motion to substitute the proper party for the late Mr. van Andel and (ii) Defendants shall have until October 5, 2007 to respond to the complaint;

WHEREAS, this action has been settled in principle and counsel for the parties are in the process of memorializing the settlement terms in writing;

WHEREAS, the parties require additional time to memorialize the settlement terms in writing;

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree, subject to the approval of the Court, as follows:

1. If a final settlement agreement is not executed by the parties beforehand, Defendants shall have until November 5, 2007 to respond to the complaint filed in the above-captioned action; and

{A&L-00038814-}

2. If a final settlement agreement is not executed by the parties beforehand, Plaintiff shall have until November 5, 2007 to file a motion to substitute the proper party for the late Mr. van Andel.

| | |
|---|---|
| /s/ Matthew F. Davis | /s/ Christopher A. Selzer |
| J. Travis Laster (#3514) | Christopher A. Selzer (#4305) |
| Matthew F. Davis (#4696) | Daniel M. Silver (#4758) |
| Abrams & Laster LLP | McCarter & English LLP |
| Brandywine Plaza West | Citizens Bank Building |
| 1521 Concord Pike, Suite 303 | 919 N. Market Street, 18th Floor |
| Wilmington, Delaware 19803 | Wilmington, Delaware 19801 |
| (302) 778-1000 | (302) 984-6300 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for the late Hendrikus Harold van Andel, Lithium Technology Corp., and Arch Hill N.V.* |

Dated: October 4, 2007

SO ORDERED this ___ day of October, 2007

_____
Magistrate Judge Mary Pat Thynge

{A&L-00038814-}