IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HALIOTIS INVESTMENTS S.A. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:06-cv-00679-*** |
| | ) | |
| ARCH HILL N.V., LITHIUM TECHNOLOGY CORP., HENDRIKUS HAROLD van ANDEL | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

WHEREAS, the parties to this action stipulated, and this Court ordered on September 5, 2007, that (i) Plaintiff shall have until October 5, 2007 to file a motion to substitute the proper party for the late Mr. van Andel and (ii) Defendants shall have until October 5, 2007 to respond to the complaint;

WHEREAS, this action has been settled in principle and counsel for the parties are in the process of memorializing the settlement terms in writing;

WHEREAS, the parties require additional time to memorialize the settlement terms in writing;

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree, subject to the approval of the Court, as follows:

1.  If a final settlement agreement is not executed by the parties beforehand, Defendants shall have until November 5, 2007 to respond to the complaint filed in the above-captioned action; and

{A&L-00038814-}

2.  If a final settlement agreement is not executed by the parties beforehand, Plaintiff shall have until November 5, 2007 to file a motion to substitute the proper party for the late Mr. van Andel.

/s/ Matthew F. Davis
J. Travis Laster (#3514)
Matthew F. Davis (#4696)
Abrams & Laster LLP
Brandywine Plaza West
1521 Concord Pike, Suite 303
Wilmington, Delaware 19803
(302) 778-1000

*Attorneys for Plaintiff*

/s/ Christopher A. Selzer
Christopher A. Selzer (#4305)
Daniel M. Silver (#4758)
McCarter & English LLP
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, Delaware 19801
(302) 984-6300

*Attorneys for the late Hendrikus Harold van Andel, Lithium Technology Corp., and Arch Hill N.V.*

Dated: October 4, 2007

SO ORDERED this ___ day of October, 2007

_____
Magistrate Judge Mary Pat Thynge