IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HALIOTIS INVESTMENTS S.A. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:06-cv-00679-*** |
| | ) | |
| ARCH HILL N.V., LITHIUM TECHNOLOGY CORP., HENDRIKUS HAROLD van ANDEL | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION AND ORDER

WHEREAS, the parties to this action stipulated, and this Court ordered on September 5, 2007, that (i) Plaintiff shall have until October 5, 2007 to file a motion to substitute the proper party for the late Mr. van Andel and (ii) Defendants shall have until October 5, 2007 to respond to the complaint;

WHEREAS, this action has been settled in principle and counsel for the parties are in the process of memorializing the settlement terms in writing;

WHEREAS, the parties require additional time to memorialize the settlement terms in writing;

WHEREAS, the parties previously stipulated to an extension for their respective response through November 5, 2007;

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree, subject to the approval of the Court, as follows:

If a final settlement agreement is not executed by the parties beforehand, Defendants shall have until December 5, 2007 to respond to the complaint filed in the above-captioned action; and

ME1 6890553v.1

If a final settlement agreement is not executed by the parties beforehand, Plaintiff shall have until December 5, 2007 to file a motion to substitute the proper party for the late Mr. van Andel.

| /s/ Matthew F. Davis<br>J. Travis Laster (#3514)<br>Matthew F. Davis (#4696)<br>Abrams & Laster LLP<br>Brandywine Plaza West<br>1521 Concord Pike, Suite 303<br>Wilmington, Delaware 19803<br>(302) 778-1000<br><br>*Attorneys for Plaintiff* | /s/ Christopher A. Selzer<br>Christopher A. Selzer (#4305)<br>McCarter & English LLP<br>Citizens Bank Building<br>919 N. Market Street, 18th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br><br>*Attorneys for the late Hendrikus Harold van Andel, Lithium Technology Corp., and Arch Hill N.V.* |

Dated: November 5, 2007

SO ORDERED this ___ day of November, 2007

_____
　　　Magistrate Judge Mary Pat Thynge

ME1 6890553v.1



McCARTER
ENGLISH
ATTORNEYS AT LAW

November 5, 2007

<u>VIA HAND DELIVERY AND E-FILING</u>

Magistrate Judge Mary Pat Thynge
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Christopher A. Selzer
Associate, Business Litigation
Group
T. 302.984.6300
F. 302.984.6399
cselzer@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

RE:   **Haliotis Investments S.A., v. Arch Hill Capital N.V., Lithium Technology Corp., Hendrikus Harold Van Andel, C.A. No. 06-679**

Dear Magistrate Judge Thynge:

I write on behalf of all parties in the above-captioned matter to provide the Court with a brief update regarding settlement and the anticipated time that this matter will be resolved in the Court. As previously reported, the matter has been settled in principle and counsel for the parties are in the process of documenting that settlement. However, this resolution requires the parties to document the settlement of a multinational financial dispute which was complicated by the recent sudden death of a controlling foreign principal and the attendant complication associated with that principal's estate in Europe. The parties are laboring to bring this matter to a close expeditiously and require additional time to complete this task.

Presently, a stipulation between the parties requires Defendants to respond to Plaintiff's complaint, and that Plaintiff move to substitute the estate of defendant Hendrikus Harold Van Andel, by no later than November 5, 2007. The parties respectfully request that Your Honor grant the enclosed stipulation and order which provides the parties an additional month to finalize settlement and thereafter dismiss this action.

We will continue to keep the Court apprised of the status of settlement. The parties are available at the Court's request to answer any questions Your Honor may have.

Respectfully,

Christopher A. Selzer
(DE Bar ID # 4305)

cc:   Matthew F. Davis, Esq. (via e-filing)

ME1 6890878v.1