IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HALIOTIS INVESTMENTS S.A. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:06-cv-00679-*** |
| | ) |
| ARCH HILL N.V., LITHIUM TECHNOLOGY CORP., HENDRIKUS HAROLD van ANDEL | ) ) ) |
| | ) |
| Defendants. | ) |

### STIPULATION AND ORDER

WHEREAS, the parties to this action stipulated, and this Court ordered on November 5, 2007, that (i) Plaintiff shall have until December 5, 2007 to file a motion to substitute the proper party for the late Mr. van Andel and (ii) Defendants shall have until December 5, 2007 to respond to the complaint;

WHEREAS, this action has been settled in principle and counsel for the parties are in the process of memorializing the settlement terms in writing;

WHEREAS, the parties require additional time to memorialize the settlement terms in writing;

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate and agree, subject to the approval of the Court, as follows:

1. If a final settlement agreement is not executed by the parties beforehand, Defendants shall have until February 5, 2008 to respond to the complaint filed in the above-captioned action; and

{A&L-00038814-}

2.  If a final settlement agreement is not executed by the parties beforehand, Plaintiff shall have until February 5, 2008 to file a motion to substitute the proper party for the late Mr. van Andel.

| | |
|---|---|
| /s/ Matthew F. Davis | /s/ Christopher A. Selzer |
| J. Travis Laster (#3514) | Christopher A. Selzer (#4305) |
| Matthew F. Davis (#4696) | Daniel M. Silver (#4758) |
| Abrams & Laster LLP | McCarter & English LLP |
| Brandywine Plaza West | Citizens Bank Building |
| 1521 Concord Pike, Suite 303 | 919 N. Market Street, 18th Floor |
| Wilmington, Delaware 19803 | Wilmington, Delaware 19801 |
| (302) 778-1000 | (302) 984-6300 |
| *Attorneys for Plaintiff* | *Attorneys for the late Hendrikus Harold van Andel, Lithium Technology Corp., and Arch Hill N.V.* |

Dated: December 3, 2007

SO ORDERED this 4 day of December, 2007

_____
Magistrate Judge Mary Pat Thynge

{A&L-00038814-}