IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HALIOTIS INVESTMENTS S.A. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:06-cv-00679-*** |
| | ) |
| ARCH HILL N.V., LITHIUM TECHNOLOGY CORP., HENDRIKUS HAROLD van ANDEL, | ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

The matter in dispute between the parties having been amicably resolved by and between Plaintiff Haliotis Investments S.A. and Defendants Arch Hill N.V., Lithium Technology Corp., and the late Hendrikus Harold van Andel through his estate, it is hereby stipulated and agreed that this lawsuit is hereby dismissed with prejudice and without costs to any party.

*/s/ Matthew F. Davis*
J. Travis Laster (#3514)
Matthew F. Davis (#4696)
Abrams & Laster LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000

*Attorneys for Plaintiff Haliotis Investments S.A.*

*/s/ Christopher A. Selzer*
Christopher A. Selzer (#4305)
Daniel M. Silver (#4758)
McCarter & English LLP
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, Delaware 19801
(302) 984-6300

*Attorneys for Defendants Arch Hill N.V., Lithium Technology Corp., and the late Hendrikus Harold van Andel*

Dated: January 31, 2008

{A&L-00052778-}